## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC., & UNIVERSITY OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>GUARDANT HEALTH, INC.,<br><br>Defendant. | C.A. No. 21-1126-LPS |

## DEFENDANT GUARDANT HEALTH, INC.'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Guardant Health Inc. ("Guardant") files this corporate disclosure statement pursuant to Rule 7.1 of Federal Rules of Civil Procedure and states the following:

Guardant does not have a parent corporation, and no publicly held corporation owns ten percent or more of the stock of Guardant.

Dated:  October 1, 2021

OF COUNSEL:

Mark Fowler (*pro hac vice* pending)
Susan Krumplitsch (*pro hac vice* pending)
Monica De Lazzari (*pro hac vice* pending)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: 650-833-2048
Facsimile: 650-687-1166
mark.fowler@us.dlapiper.com
susan.krumplitsch@us.dlapiper.com
monica.delazzari@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Brian A. Biggs*
Brian A. Biggs (DE Bar No. 5591)
Erin E. Larson (DE Bar No. 6616)
1201 North Market Street, Suite 2100
Wilmington, DE  19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

*Attorneys for Defendant Guardant Health, Inc.*

WEST/296259753

Michael A. Sitzman (*pro hac vice* pending)
**DLA PIPER LLP (US)**
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
Telephone: 415-615-6175
Facsimile: 415-659-7411
michael.sitzman@us.dlapiper.com

Ellen Scordino (*pro hac vice* pending)
Kristin M. Beale (*pro hac vice* pending)
**DLA PIPER LLP (US)**
33 Arch Street
26th Floor
Boston, MA 02110-1447
Telephone: 617-406-6085
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

2

WEST/296259753