IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TWINSTRAND BIOSCIENCES, INC. & UNIVERSITY OF WASHINGTON, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1126-LPS |
| GUARDANT HEALTH, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF WITHDRAWAL OF BETH A. SWADLEY

Pursuant to District of Delaware Local Rule 83.7, Plaintiffs TwinStrand Biosciences, Inc. and University of Washington hereby notify the Court that Beth A. Swadley, Esquire, has withdrawn as counsel in this action.  Plaintiff's will continue to be represented by the firms of Young Conaway Stargatt & Taylor, LLP and Sterne, Kessler, Goldstein & Fox, P.L.L.C.

Dated: November 8, 2021

Of Counsel:
Byron Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
STERNE, KESSLER, GOLDSTEIN
  & FOX, P.L.L.C.
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600
bpickard@sternekessler.com
tpowers@sternekessler.com
cvira@sternekessler.com

YOUNG CONAWAY STARGATT
  & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiffs TwinStrand*
*Biosciences, Inc. and University of*
*Washington*

## <u>CERTIFICATE OF SERVICE</u>

I, Adam W. Poff, hereby certify that on November 8, 2021, I caused a true and correct

copy of the foregoing document to be served on the following counsel in the manner indicated:

### <u>BY E-MAIL</u>

Brian A. Biggs
Erin E. Larson
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
brian.biggs@us.dlapiper.com
erin.larson@us.dlapiper.com

Ellen Scordino
Kristin Beale
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

Mark Fowler
Susan Krumplitsch
Monica De Lazzari
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303
mark.fowler@us.dlapiper.com
susan.krumplitsch@us.dlapiper.com
monica.delazzari@us.dlapiper.com

Michael Sitzman
DLA PIPER LLP (US)
555 Mission Street
Suite 2400
San Francisco, CA 94105
michael.sitzman@us.dlapiper.com

*Attorneys for Defendant Guardant Health, Inc.*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiffs TwinStrand*
*Biosciences, Inc. and University of*
*Washington*