IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC., & UNIVERSITY OF WASHINGTON,<br><br>*Plaintiffs,*<br><br>v.<br><br>GUARDANT HEALTH, INC.,<br><br>*Defendant.* | C.A. No. 21-1126-GBW-SRF |

## STATUS REPORT

Pursuant to the Court's September 14, 2022 Order, the parties hereby update the Court on their efforts to narrow claim construction disputes and to identify the terms that remain in dispute that will be addressed in the Joint Claim Construction Brief and at the December 6, 2022 *Markman* hearing.

Plaintiffs and Guardant have each asserted 4 patents in the above-captioned action. Since the submission of the Joint Claim Construction Chart (D.I. 84) on July 1, 2022, the parties have agreed to the constructions of 8 terms, listed in Appendix A. Further, Plaintiffs have dropped 18 asserted claims[1], thereby mooting the need to construe 4 terms listed in Appendix B.

Only 12 terms remain in dispute, and those are listed in Appendix C.

---

[1] Plaintiffs no longer assert the following claims: Claims 2, 8, 10, 17, and 20 of U.S. Patent No. 10,287,631; Claims 3, 14, 16, and 27 of U.S. Patent No. 10,689,699; Claims 10, 20, 21, and 24 of U.S. Patent No. 10,752,951; and Claims 10, 11, 14, 26, and 29 of U.S. Patent No. 10,760,127.

| | |
|---|---|
| YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP | DLA PIPER LLP (US) |
| /s/ Samantha G. Wilson | /s/ Jeff Castellano |
| Adam W. Poff (No. 3990) | Brian A. Biggs (No. 5591) |
| Samantha G. Wilson (No. 5816) | Erin E. Larson (No. 6616) |
| Rodney Square | Jeff Castellano (No. 4837) |
| 1000 North King Street | 1201 North Market Street, Suite 2100 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 571-6600 | (302) 468-5700 |
| apoff@ycst.com | brian.biggs@us.dlapiper.com |
| swilson@ycst.com | erin.larson@us.dlapiper.com |
| | jeff.castellano@us.dlapiper.com |
| *Of Counsel:* | |
| Byron Pickard | *Of Counsel:* |
| R. Wilson Powers III, Ph.D. | Mark D. Fowler |
| Chandrika Vira | Susan Krumplitsch |
| Anna G. Phillips | Monica De Lazzari |
| Matthew M. Zuziak | DLA PIPER LLP (US) |
| STERNE, KESSLER, GOLDSTEIN | 2000 University Avenue |
|  & FOX, P.L.L.C. | East Palo Alto, CA 94303 |
| 1100 New York Avenue, NW | (650) 833-2048 |
| Washington, DC 20005 | mark.fowler@us.dlapiper.com |
| (202) 371-2600 | susan.krumplitsch@us.dlapiper.com |
| bpickard@sternekessler.com | monica.delazzari@us.dlapiper.com |
| tpowers@sternekessler.com | |
| cvira@sternekessler.com | Michael A. Sitzman |
| aphillips@sternekessler.com | DLA PIPER LLP (US) |
| mzuziak@sternekessler.com | 555 Mission Street |
| | Suite 2400 |
| *Attorneys for Plaintiffs TwinStrand Biosciences, Inc. and University of Washington* | San Francisco, CA 94105 |
| | (415) 615-6175 |
| | michael.sitzman@us.dlapiper.com |
| | |
| | Ellen Scordino |
| | Kristin Beale |
| | DLA PIPER LLP (US) |
| | 33 Arch Street |
| | 26th Floor |
| | Boston, MA 02110 |
| | (617) 406-6085 |
| | ellen.scordino@us.dlapiper.com |
| | kristin.beale@us.dlapiper.com |

Dated: September 16, 2022                                             *Attorneys for Defendant Guardant Health, Inc.*

**Appendix A**

| | Agreed-Upon Constructions for Terms in Plaintiffs' Asserted Patents | |
|---|---|---|
| **Claim Term** | **Patent, Claim** | **Agreed Upon Construction** |
| uniquely labels | '631 patent, claim 1 | Plain and ordinary meaning |
| quantifying at least two of (i) said paired sequence reads, (ii) said unpaired sequence reads, (iii) read depth of said paired sequence reads, and (iv) read depth of said unpaired sequence reads | '951 patent, claim 1 | Plain and ordinary meaning |
| partially single-stranded adapters | '127 patent, claim 22 | Plain and ordinary meaning with the understanding that the term can include both Y-shaped and U-shaped adaptors |
| partially complementary, asymmetrical double-stranded adapter-DNA molecules | '127 patent, claim 1 | Plain and ordinary meaning with the understanding that the term can include both Y-shaped and U-shaped adaptors |
| other fragment regions | '631 patent, claim 18 | Plain and ordinary meaning |
| circulating DNA molecule(s) | '699 patent, claims 1, 8, 9, 12, 17−20, 24, 25 | DNA molecules that circulate within the circulatory system, which can include cell-free DNA and cellular DNA |

1

| | | |
|---|---|---|
| double-stranded circulating nucleic molecules | '951 patent, claims 11, 12, 15, 16, 18 | Double-stranded nucleic acid molecules that circulate within the circulatory system, which can include cell-free DNA and cellular DNA |

| Agreed-Upon Constructions for Terms in Guardant's Asserted Patents | | |
|---|---|---|
| **Claim Term** | **Patent, Claim** | **Agreed Upon Construction** |
| "cell-free deoxyribonucleic acid (cfDNA)" | '063 patent, claims 15 and 24<br><br>'858 patent, claims 1, 3, and 5<br><br>'221 patent, claims 1–5<br><br>'306 patent, claims 17, 19, and 20 | "DNA that exist(s) outside of a cell while in the body, including in blood, plasma, serum, urine, saliva, mucosal excretions, sputum, stool, cerebral spinal fluid, or tears." |
| "a family of the families" | '063 patent, claim 17 | "a single family from the plurality of families" |

**Appendix B**

Because Plaintiffs are no longer asserting certain patent claims, the need to construe the following terms has been mooted:

- "non-unique polynucleotide barcode";
- "non-uniquely tagged double stranded adapter-DNA molecules";
- "substantially identifiable"; and
- "sufficiently unique…substantially differentiated."

**Appendix C**

| | Terms Requiring Construction in Plaintiffs' Asserted Patents | | |
|---|---|---|---|
| **Claim Term** | **Patent, Claim** | **Plaintiffs' Proposed Construction** | **Defendant's Proposed Construction** |
| degenerate … sequence(s) | '631 patent, claims 1, 12, 13, 15;<br><br>'951 patent, claim 23;<br><br>'127 patent, claim 13 | a nucleotide sequence that is known or unknown in which every nucleotide position is unrestricted in its nucleotide variability | [single molecule identifier (SMI) / oligonucleotide] sequence in which all of the nucleotides have been randomly generated |
| semi-degenerate … sequence(s) | '631 patent, claims 1, 12, 13, 15;<br><br>'951 patent, claim 23;<br><br>'127 patent, claim 13 | a nucleotide sequence that is known or unknown in which at least one nucleotide position is fixed or restricted in its nucleotide variability | [single molecule identifier (SMI) / oligonucleotide] sequence in which some of the nucleotides have been randomly generated |
| fragment ends | '631 patent, claim 1 | Plain and ordinary meaning | Each fragment end is made up of fewer nucleotides than the entire fragment at the terminal end of the fragment after shearing and trimming |
| non-uniquely tagged parent polynucleotide(s) | '699 patent, claims 1, 18; | a population of parent polynucleotide molecules affixed to polynucleotide barcodes, wherein the same polynucleotide barcode sequence is affixed to multiple parent polynucleotide | Indefinite |

| | | | |
|---|---|---|---|
| | | molecules in the [population/sample], and wherein the polynucleotide barcode sequence serves as a molecular identifier only when combined with other information from the tagged parent polynucleotide molecule | |
| non-unique tag | '951 patent, claim 25 | a tag that is affixed to a parent polynucleotide molecule and having a nucleotide sequence, wherein the same tag nucleotide sequence is affixed to multiple parent polynucleotide molecules in the sample, and wherein the tag nucleotide sequence serves as a molecular identifier only when combined with other information from the tagged parent polynucleotide molecule | Indefinite |
| substantially unique | '699 patent, claims 1, 20 | Plain and ordinary meaning; not indefinite | Indefinite |
| high accuracy sequence reads | '631 patent, claims 1, 16 | Plain and ordinary meaning; not indefinite | Indefinite |
| high accuracy consensus sequence read | '631 patent, claims 1, 4, 7, 16, 23 | Plain and ordinary meaning; not indefinite | Indefinite |
| fragment features | '631 patent, claim 16, 18 | Plain and ordinary meaning; not indefinite | Indefinite |

2

| | | | |
|---|---|---|---|
| DNA fragment-specific information | '127 patent, claim 22 | Plain and ordinary meaning; not indefinite | Indefinite |

| Terms Requiring Construction in Guardant's Asserted Patents ||||
|---|---|---|---|
| **Claim Term** | **Patent, Claim** | **Plaintiffs' Proposed Construction** | **Defendant's Proposed Construction** |
| comprises between 1 nanogram (ng) and 100 ng of cfDNA molecules | '221 patent, claim 3<br><br>'306 patent, claim 19 | 1 ng or greater of cfDNA molecules | Plain and ordinary meaning |
| a subject having cancer | '221 patent, claim 2 | a subject known to currently have cancer | Plain and ordinary meaning |

29734445.1