

**DLA Piper LLP (US)**
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801-1147
www.dlapiper.com

**Jeff Castellano**
jeff.castellano@us.dlapiper.com
**Tel** 302.468.5671  **Fax** 302.691.4771

October 6, 2022

**VIA CM/ECF**
The Honorable Sherry R. Fallon
U.S. District Court for the District of Delaware
844 N. King St.
Wilmington, DE 19801

      Re:   *TwinStrand Biosciences, Inc. v. Guardant Health, Inc.*,
              C.A. No. 21-cv-1126-GWB-SRF (D. Del.)

Dear Judge Fallon:

I write pursuant to the Court's October 4, 2022 oral order regarding the Markman hearing schedule.

The parties have met and conferred, and prefer that the Markman hearing proceed as scheduled on December 6, 2022 at 10:00 a.m.

Counsel remains available should the Court have any questions.

                                Respectfully,

                                */s/ Jeff Castellano*

                                Jeff Castellano (No. 4837)