# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC., & UNIVERSITY OF WASHINGTON,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>GUARDANT HEALTH, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 21-1126-GBW-SRF |

## DEFENDANT GUARDANT HEALTH, INC.'S MOTION REQUESTING A <u>CLAIM CONSTRUCTION HEARING</u>

Pursuant to the Court's September 29, 2022 Oral Order, defendant Guardant Health, Inc. ("Guardant") hereby requests a hearing on the claim construction issues set forth in the parties' Joint Claim Construction Brief. Guardant verifies that briefing on claim construction is complete.

Guardant requests that the Court allocate 3.5 hours for the hearing, to be split equally between plaintiffs and Guardant. Guardant does not anticipate introducing expert testimony at the claim construction hearing.

Dated: October 14, 2022

**Of Counsel**:

Mark Fowler (admitted p*ro hac vice*)
Susan Krumplitsch (admitted p*ro hac vice*)
Monica De Lazzari (admitted p*ro hac vice*)
**DLA PIPER LLP (US)**
2000 University Avenue
East Palo Alto, California 94303-2214
Telephone: 650-833-2048
Facsimile: 650-687-1166
mark.fowler@us.dlapiper.com
susan.krumplitsch@us.dlapiper.com

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Jeff Castellano*
Brian A. Biggs (DE Bar No. 5591)
Jeff Castellano (D Bar No. 4837)
1201 North Market Street, Suite 2100
Wilmington, DE 19801-1147
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com

*Attorneys for Defendant*
*Guardant Health, Inc.*

monica.delazzari@us.dlapiper.com

Michael A. Sitzman (admitted p*ro hac vice)*
**DLA PIPER LLP (US)**
555 Mission Street
Suite 2400
San Francisco, CA 94105-2933
Telephone: 415-615-6175
Facsimile: 415-659-7411
michael.sitzman@us.dlapiper.com

Ellen Scordino (admitted p*ro hac vice)*
Kristin Beale (admitted p*ro hac vice)*
**DLA PIPER LLP (US)**
33 Arch Street
26th Floor
Boston, MA 02110-1447
Telephone: 617-406-6085
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com