# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC. & UNIVERSITY OF WASHINGTON, <br><br> *Plaintiffs*, <br><br> v. <br><br> GUARDANT HEALTH, INC., <br><br> *Defendant*. | C.A. No: 21-1126-GBW-SRF |

## PLAINTIFFS' MOTION FOR CLAIM CONSTRUCTION HEARING

Pursuant to the Court's September 29, 2022 Oral Order, Plaintiffs respectfully request a hearing on claim construction beginning at 10:00 a.m. on December 6, 2022. 10/6/2022 Oral Order. Plaintiffs also: (i) verify that briefing on claim construction is complete; (ii) request that the Court allocate 3.5 hours for argument with the time to be divided equally between the sides; and (iii) provide notice that Plaintiffs do not intend to present expert testimony at the *Markman* hearing.

Dated: October 14, 2022

Of Counsel:

Byron Pickard
R. Wilson Powers III, Ph.D.
Chandrika Vira
Anna G. Phillips
Matthew M. Zuziak
STERNE, KESSLER, GOLDSTEIN
 & FOX, P.L.L.C.
1100 New York Avenue, NW

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com

<div style="display: flex;">

Washington, DC 20005  
(202) 371-2600  
bpickard@sternekessler.com  
tpowers@sternekessler.com  
cvira@sternekessler.com  
aphillips@sternekessler.com  
mzuziak@sternekessler.com  

swilson@ycst.com

*Attorneys for Plaintiffs TwinStrand Biosciences, Inc. and University of Washington*

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 14, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Brian A. Biggs
Jeff Castellano
Erin E. Larson
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
brian.biggs@us.dlapiper.com
jeff.castellano@us.dlapiper.com
erin.larson@us.dlapiper.com

Mark Fowler
Susan Krumplitsch
Monica De Lazzari
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303
mark.fowler@us.dlapiper.com
susan.krumplitsch@us.dlapiper.com
monica.delazzari@us.dlapiper.com

Edward R. Reines
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores
Silicon Valley, CA 94065
edward.reines@weil.com
derek.walter@weil.com

Guardant.Twinstrand@weil.com

Ellen Scordino
Kristin Beale
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110
ellen.scordino@us.dlapiper.com
kristin.beale@us.dlapiper.com

Michael Sitzman
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
michael.sitzman@us.dlapiper.com

Jesse Hindman
EDLESON, REZZO & HINDMAN
402 W. Broadway, Suite 1520
San Diego, CA 92101
jesse@erhlawfirm.com

2

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiffs TwinStrand Biosciences, Inc. and University of Washington*