IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC. & UNIVERSITY OF WASHINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>GUARDANT HEALTH, INC.,<br><br>Defendant. | C. A. No. 21-1126-GBW-SRF |

## SUPPLEMENTAL SCHEDULING ORDER

AND NOW, this 29th day of November 2023, having reviewed the Joint Status Report (D.I. 499), IT IS HEREBY ORDERED as follows:

1. With respect to post-trial motions, including but not limited to post-trial motions under Federal Rules of Civil Procedure 50 and/or 59, the following schedule shall apply: (i) On or before twenty-eight (28) days after the Court's entry of judgment, all post-trial motions and Opening Briefs are due; (ii) On or before twenty-eight (28) days after Opening Briefs are filed, the opposing party's Answering Brief is due; and (iii) On or before fourteen (14) days after the filing of the opposing party's Answering Brief, the Reply Brief is due. Each side shall be limited to one combined total of twenty (20) pages of Opening Brief(s), twenty (20) pages of Answering Brief(s), and ten (10) pages of Reply Brief(s) relating to any post-trial motions filed by either side, no matter how many such motions are filed.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE