# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC. & UNIVERSITY OF WASHINGTON,<br><br>   Plaintiffs,<br><br>   v.<br><br>GUARDANT HEALTH, INC.,<br><br>   Defendant. | C.A. No. 21-1126-GBW-SRF |

**[PROPOSED] ORDER GRANTING DEFENDANT GUARDANT HEALTH INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 50(b) OR, IN THE ALTERNATIVE, NEW TRIAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 59**

**IT IS HEREBY ORDERED** that Defendant Guardant Health, Inc.'s motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) is granted. The Judgment entered in this action on February 6, 2024 (D.I. 520) is hereby vacated, judgment shall be entered in Defendant's favor on all claims, and Plaintiffs shall take nothing by their complaint.

_____
The Honorable Gregory B. Williams
United States District Judge

Dated: _____