# EXHIBIT A

## SUPERSEDEAS BOND

## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **TWINSTRAND BIOSCIENCE, INC. &** | } | |
| **UNIVERSITY OF WASHINGTON** | } | |
| | } | |
| **Plaintiffs,** | } | |
| | } | **C.A. No. 21-1126-GWB-SRF** |
| **v.** | } | |
| | } | **Bond No.** <u>SU 1197796</u> |
| **GUARDANT HEALTH, INC.,** | } | |
| **Defendant.** | } | |
| | } | |

We, GUARDANT HEALTH, INC., as principal, and ARCH INSURANCE COMPANY, as surety, are held and firmly bound to TWINSTRAND BIOSCIENCE, INC. and UNIVERSITY OF WASHINGTON, the plaintiff in the above-entitled action, in the maximum penal sum of $100,080,000.00, for the payment of which we firmly bind ourselves and our heirs, executors, administrators, or assigns.  We, GUARDANT HEALTH, INC., jointly and severally submit ourselves to the jurisdiction of the UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE.

Whereas, on February 6, 2024, in an action pending in the above court, between GUARDANT HEALTH, INC., as plaintiff, and TWINSTRAND BIOSCIENCE, INC. and UNIVERSITY OF WASHINGTON, as defendant, judgment was rendered against GUARDANT HEALTH, INC. in for the sum of $83,400,000 which GUARDANT HEALTH, INC. has challenged in post-judgment proceedings and from which it intends to take an appeal should the judgment stand in whole or in part; and

Whereas, GUARDANT HEALTH, INC. desires to stay execution of the judgment, as well as any subsequent modified or amended judgment that may be entered, and gives this bond to obtain a stay of the judgment or any modified or amended judgment pursuant to Federal Rule of Civil Procedure 62(b) pending resolution of GUARDANT HEALTH, INC.'s appeal of the

judgment or any modified or amended judgment to the United States Court of Appeals for the Federal Circuit and/or the United States Supreme Court.

Now, therefore, if GUARDANT HEALTH, INC. satisfies the judgment in full, together with costs and interest on such judgment, or if for any reason the appeal is dismissed, or the petition for certification is denied, or the judgment is affirmed, and satisfy in full any modification of the judgment and such costs, interest and damages as any appellate court may adjudge and award, then this obligation will be null and void; otherwise it will remain in full force and effect; provided however, the maximum liability of the Surety shall not exceed the sum of $100,080,000.00.

Sealed with our seal on this 19th day MARCH, 2024.

ARCH INSURANCE COMPANY, as Surety

By _____
Daniel P. Dunigan – Attorney in Fact

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Note, Loan, Letter of Credit, Currency Rate, Interest Rate or Residential Value Guarantees.*

## POWER OF ATTORNEY

**Know All Persons By These Presents:**

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

**Brian C. Block, Daniel P. Dunigan, James L. Hahn, Joseph W. Kolok, Jr. and Kelly G. Hennessy of Berwyn, PA (EACH)**

its true and lawful Attorney(s)-in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed: Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding One Hundred Fifty Million Dollars ($150,000,000.00). This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on August 31, 2022, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on August 31, 2022:

VOTED, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on August 31, 2022, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company. **In Testimony Whereof**, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this **16th day of March, 2023**.

**Attested and Certified**

Regan A. Shulman, Secretary

**STATE OF PENNSYLVANIA SS**
**COUNTY OF PHILADELPHIA SS**

**Arch Insurance Company**

Stephen C. Ruschak, Executive Vice President

I, **Michele Tripodi**, a Notary Public, do hereby certify that Regan A. Shulman and Stephen C. Ruschak personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

Commonwealth of Pennsylvania - Notary Seal
MICHELE TRIPODI, Notary Public
Philadelphia County
My Commission Expires July 31, 2025
Commission Number 1168622

Michele Tripodi, Notary Public
My commission expires 07/31/2025

**CERTIFICATION**

I, **Regan A. Shulman**, Secretary of the Arch Insurance Company, do hereby certify that the attached **Power of Attorney dated March 16, 2023** on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said Stephen C. Ruschak, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this ___19th___ day of ___March___, 20_24_.

Regan A. Shulman, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

**PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:**
Arch Insurance – Surety Division
3 Parkway, Suite 1500
Philadelphia, PA 19102

h19th

*To verify the authenticity of this Power of Attorney, please contact Arch Insurance Company at SuretyAuthentic@archinsurance.com*
*Please refer to the above named Attorney-in-Fact and the details of the bond to which the power is attached.*

ARCH INSURANCE COMPANY
STATEMENT OF FINANCIAL CONDITION
DECEMBER 31, 2023

Assets

| | |
|---|---:|
| Cash & Cash Equivalents in Banks | $328,130,777 |
| Bonds owned | 6,481,021,338 |
| Stocks | 813,423,103 |
| Premiums in course of collection | 945,968,974 |
| Accrued interest and other assets | 1,398,321,681 |
| Total Assets | $    9,966,865,873 |

Liabilities

| | |
|---|---:|
| Reserve for losses and adjustment expenses | $3,580,722,897 |
| Reserve for unearned premiums | 1,770,436,315 |
| Ceded reinsurance premiums payable | 1,021,006,333 |
| Amounts withheld or retained by company for account of others | 165,467,758 |
| Reserve for taxes, expenses and other liabilities | 986,839,682 |
| Total Liabilities | $7,524,472,985 |
| Surplus as regards policyholders | 2,442,392,888 |
| Total Surplus and Liabilities | $9,966,865,873 |

By: _____     Attest: _____
Executive Vice President, Chief                    Executive Vice President,
Financial Officer and Treasurer                     General Counsel and Secretary

State of New Jersey )
                                  )        SS
County of Hudson )

Thomas James Ahern, Executive Vice President, Chief Financial Officer and Treasurer and
Regan Shulman, Executive Vice President, General Counsel and Secretary being duly sworn,
of ARCH INSURANCE COMPANY, Missouri; and that the foregoing is a true and correct
statement of financial condition of said company, as of December 31, 2023.

Subscribed and sworn to before me, this 7 day of March 2024

Notary Public _____

BARBARA A. LEE
Commission # 50107758
Notary Public, State of New Jersey
My Commission Expires
June 27, 2024