# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TWINSTRAND BIOSCIENCES, INC. & UNIVERSITY OF WASHINGTON,<br><br>           Plaintiffs,<br><br>    v.<br><br>GUARDANT HEALTH, INC.,<br><br>           Defendant. | C.A. No. 21-1126-GBW-SRF |

## **[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 2024, having considered Defendant Guardant Health, Inc.'s Motion for Approval of Bond and to Stay Execution and Enforcement of Judgment ("Motion") and all papers and argument submitted in connection therewith, and having found that Guardant's Motion should be granted:

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED;

2. The Court Approves the Bond in the amount of $100,080,000; and

3. Any execution or enforcement of the Judgment (D.I. 520) or any final, modified, or amended judgment in this action, until the completion of all appeals to the United States Court of Appeals for the Federal Circuit from the Judgment, any final, modified, or amended judgment, or any post-judgment order relating to liability or the amount owed in this action.

SO ORDERED.

                                                                                                            _____
                                                                                                               The Hon. Gregory B. Williams