# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

```
TWINSTRAND BIOSCIENCES, INC. &    )
UNIVERSITY OF WASHINGTON,         )
                                  )
                Plaintiffs,       )   C.A. No.
V.                                )   21-1126-GBW
                                  )
GUARDANT HEALTH, INC.,            )
                                  )
                Defendant.
```

- - - -

Wilmington, Delaware
Monday, November 6, 2023
*Trial Transcript Volume 1*

- - - -

BEFORE:   HONORABLE GREGORY B. WILLIAMS
          UNITED STATES DISTRICT COURT JUDGE

- - - -

Michele L. Rolfe, RPR, CRR

1  APPEARANCES:

2              YOUNG CONAWAY STARGATT & TAYLOR, LLP
              By: ADAM W. POFF, ESQ.
3                  SAMANTHA G. WILSON, ESQ.

4                  -and-

5

6              STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C
              By:  BYRON L. PICKARD, ESQ.
7                  R. WILSON POWERS III, PH.D., ESQ.
                  CHANDRIKA VIRA, ESQ.
8                  WILLIAM H. MILLIKEN, ESQ.
                  ANNA G. PHILLIPS, ESQ.
9                  TYLER J. DUTTON, ESQ.

10                For the Plaintiff

11
              DLA PIPER LLP
12            BY:  BRIAN A. BIGGS, ESQ.
                  JEFF CASTELLANO, ESQ.
13                MARK FOWLER, ESQ.
                  SUSAN KRUMPLITSCH, ESQ.
14                ELLEN SCORDINO, ESQ.

15                For the Defendant

16

17

18

19

20

21

22

23

24

25

```
 1                           - - - - -
 2                        P R O C E E D I N G S
 3              (REPORTER'S NOTE:  The following hearing was held in
 4      Courtroom 6B, beginning at 9:00 a.m.)
 5                   THE COURT:  Good morning.
 6                   ALL COUNSEL:  Good morning, Your Honor.
 7                   THE COURT:  You may be seated.
 8                   The Court received the parties' joint
 9      submissions that parties didn't have any objections this
10      morning, but wanted some guidance on a few issues, so let's
11      go through those issues.
12                   First, with respect to the Court's construction
13      of "each," on Guardant's motion for summary judgment, the
14      parties should present that according to -- present all
15      these terms according to the Court's claim construction, but
16      with respect to that particular term "each," the Court
17      construed it according to its plain and ordinary meaning,
18      but with the finding that it does not require 100 percent
19      efficiency.
20                   Moreover, Guardant cannot argue during trial
21      that each requires that all molecules are ligated because
22      that would be inconsistent with the Court's claim
23      construction.
24                   Second, with respect to the Court's construction
25      on ordering of steps.  With respect to the '127 patent, that
```

1  way of a subsequent comparison where are there any
2  differences.
3          And, again, this is just a diagram.  The human
4  genome, as I said, is enormous, so you don't -- you don't
5  line it up like those, you know -- like those
6  find-the-difference in the Sunday newspaper.  I like those.
7  So you don't do it that way, but you use a computer to do
8  essentially the same task.
9  Q.    Okay.  And what's on this demonstrative, Dr. Pachter?
10 A.    So here I'm showing you what some actual data might
11 look like.  On the horizontal line here, on the axis, you
12 see labeled different genome positions, so these are many,
13 many positions indicated here, more than 3,500.  Of course,
14 this -- again, this is still a tiny part of the whole human
15 genome.
16         And on the vertical lines here is essentially,
17 in some unit, some measure of how much difference you're
18 seeing.
19 Q.    Does this represent noise?
20 A.    Yeah, so a lot of -- not all of it, but most of this
21 difference is not mutation, but it's just noise from the
22 machine randomly changing some of those (As), (Cs), (Gs),
23 and (Ts) to where you see a difference, but it's not really
24 a mutation, it's just noise.
25 Q.    And what are we seeing here?

DIRECT EXAMINATION - LIOR PACHTER

1  A.     So you've just seen the noise suppressed and dropped
2  down.  That's what the invention of the University of
3  Washington teaches you to do.  It's a way to get rid just of
4  the noise without throwing away the signal, which is the
5  actual mutation you're looking at.  After you do that
6  process, you can go, Oh, ah-ha, right here, at
7  position 1000, that was an actual difference in the patient
8  and not just an error that came out of my not-so-good
9  sequencing machine.
10 Q.     What's on this demonstrative, Dr. Pachter?
11 A.     So here I made a diagram just to show you at a high
12 level how this invention works.
13 Q.     Okay.  And can you start off and kind of walk us
14 through what you're showing?
15 A.     Yeah, so on the left-hand side here -- we'll start
16 over here -- there is a representation of a DNA molecule, so
17 this would have been a molecule that was extracted from a
18 biosample.  In the invention, there will be a population,
19 many such molecules.  And you can see that there's a top and
20 a bottom.  These are the two strands of those ribbons.  And
21 in the invention, there's this gadget on the left here and
22 that's a synthetic, custom-made, that's a key part of the
23 invention that gets attached to that DNA molecule.
24 Q.     What does attaching this custom-made piece of DNA get
25 you?

DIRECT EXAMINATION - LIOR PACHTER

1  A.     So there's really two goals.  One of the things you'd
2  like to do is you'd like to barcode this molecule.  That
3  means you -- a barcode here is a little bit of sequence, and
4  that's in the blue and the red here, or orange.  And you're
5  attaching that on so that after you do the sequencing,
6  you'll be able to go back and find those barcodes for a lot
7  of different molecules and be able to tell, oh, all those
8  sequences were from the same molecule.
9  Q.     What happens next in the workflow?
10 A.     Right.  So what happens next in the workflow --
11 that's key to what I just said -- is that there's what's
12 called amplification.  That's copying -- these molecules get
13 copied, and that's just necessary for the sequencer to work.
14 It's a technical thing.  So that's why you're going to have
15 lots of copies of the same molecule, but they're not coming
16 out in the same order.  You got to go back and figure out
17 which sequences were actually from the same molecule, and
18 the barcodes, these barcodes, the blue and orange, they let
19 you do that.
20 Q.     I notice you call them top and bottom strands here.
21 Is that the same as Watson and Crick strands?
22 A.     Yes, that's exactly the same thing.  The DNA
23 double-helix was discovered by several people, but two of
24 them were -- were named Dr. Watson and Dr. Crick, and it's
25 noted after them.  And I apologize a bit on behalf of my

1	field.  We give lots of different names to the same thing

2	and it can be confusing, but it's just -- just the same

3	thing.

4	Q.	You mentioned the Y-shaped adapters allow you to

5	distinguish between the top strand and bottom strands.  Can

6	you explain that a little bit?

7	A.	Yeah, so I've talked so far, if you recall, about the

8	barcodes to go back and figure out which sequences were from

9	the same molecule.  But there's this Y-shaped end at -- bit

10	at the end, and this Y-shaped bit, it's got another purpose.

11	If you recall, there were two different goals with this

12	gadget, and its purpose is to be able to distinguish which

13	sequences came from the top strand here, or the Watson, and

14	which ones came from the bottom.

15	Q.	How do those purple and green parts let you do that?

16	A.	So first of all, again, the purple and green colors

17	here just signify a sequence, a different sequence.  You can

18	see here that orange and orange, that's the same sequence

19	paired up together, but here purple and green are different,

20	and that's why it looks like a Y like this, because the

21	sequences are different.  In the jargon, we call it

22	noncomplementary.  If they were the same, they would be

23	lined up, but they're different, so that's the Y-shaped.

24	Q.	And what's happening in the middle part of this

25	schematic?

1   A.      So this is showing you how, after you've done the
2   sequencing, you can use the purple and the green to tell
3   apart the strands.
4   Q.      How do you do that?
5   A.      So if you look at all of the -- all of the molecules
6   on the top strand, if you read them from left to right, the
7   colors are purple, blue, and then orange, green.  But on the
8   bottom strand, the colors are green, blue, and then orange,
9   purple.  And so the green here is paired with the blue.
10  Here it's paired with the orange, and they're in different
11  order.
12          So after you sequence, by looking at these
13  sequences that you put in and knowing what they are and
14  these barcodes, you can -- you can separate out the
15  sequences over the top strand and the bottom strand.
16  Q.      And what are those red dots?
17  A.      So the red dots are a showing how you might get error
18  coming out of the sequencer.  So now, you know, you didn't
19  get the exact molecule, maybe in this red dot over here.
20  It's not a mutation in the patient or anything; it's just an
21  (A) got switched maybe to a (C), and those are the red dots.
22  Q.      And then what happens next in the schematic?
23  A.      So what happens next, you'll see it says, "compare
24  the top and the bottom strands," so by comparing these
25  individual sequences -- they're also called reads -- you can

1	clean out these red dots and eliminate the errors.  One way
2	I like to think about it is that these red dots, they're
3	sort of like lightning strikes.  But if you have, you know,
4	a real mutation, you're going to have the same changes on
5	the top and the bottom strand, and that's very, very
6	unlikely that lightning strikes over and over exactly at the
7	same place.  And so at the end, you get, by this process, a
8	high-accuracy consensus and you've eliminated the errors.
9	Q.	Thank you, Dr. Pachter.
10		What are we seeing here?
11	A.	So here on the left-hand side, I'm showing you --
12	this is PTX835, page 2.  You've seen this diagram before.
13	This is from the University of Washington invention showing
14	how all this noise was suppressed by the invention, by the
15	duplex sequencing method to leave the real mutation.
16		And on the right-hand side, this is an image
17	from a Guardant Health document, JTX022, that's showing the
18	same -- the same thing.
19	Q.	So in the bottom part of both of these slides, both
20	of these demonstratives -- sorry, both sides of this
21	demonstrative is showing errors eliminated?
22	A.	Yeah, so what you're seeing here is that Guardant
23	also is using next-generation sequencing.  It also has
24	errors.  Here there -- there are these dots here that we
25	see.  Again, their suppression has squished them all down to

1  A.    Yes, absolutely.

2  Q.    Okay.  What are we seeing here, Dr. Pachter?

10 Q.    And what is this demonstrative showing, Dr. Pachter?

21 Q.    So can we put a check by this one?

22 A.    Yes, we can.

23 Q.    What's the next step in the claim?

24 A.    Again, in order to do the sequencing first, we have

25 to amplify or copy the molecules, that's the next

1   amplification step.

2   Q.    All right.  And what are we seeing on this

3   demonstrative?

9   Q.    And what are we seeing in this demonstrative,

10  Dr. Pachter?

18  Q.    So can we put a check by this one?

19  A.    Yes, we can.

20  Q.    Okay.  What's the next step in the claim?

21  A.    So we're almost done with the stuff from the test

22  tube.  Now it's going in the sequencer.  This step calls for

23  sequencing.

24  Q.    Did you find evidence that Guardant's products and

25  services use sequencing?

1
2
3

4  Q.   So can we put a check by this one?

5  A.   Yes, we can.

6  Q.   What's this next element, Dr. Pachter?

7  A.   So now we're done with the test tube, we're done with

8  the sequencing.  But we've got the information now on our

9  molecules, those tags that had the barcodes or the SMIs, in

10 the strand-distinguishing sequences.  So now we're going to

11 start again with the bioinformatics.  And this claim, it

12 begins by asking for the grouping.

13 Q.   Did you find evidence for grouping in Guardant's

14 products and services?

15
16
17
18
19
20

21 Q.   What's on this demonstrative, Dr. Pachter?

22
23
24
25

DIRECT EXAMINATION - LIOR PACHTER

1
2
3
4   Q.     And what are we seeing here, Dr. Pachter?
5
6
7
8
9
10
11
12
13
14
15  Q.     What's on this demonstrative?
16
17
18
19
20  Q.     So can we put a checkmark by this claim element?
21  A.     Yes, we can.
22  Q.     Okay. What's this next claim element, Dr. Pachter?
23  A.     So next, in order to be able to use the strand
24  information, the claim is asking for separating the first
25  and second strand sequences. I call this the separating

DIRECT EXAMINATION - LIOR PACHTER

1  step.

2  Q.    And did you find evidence for the separating step in

3  Guardant's products and services?

4  A.    Yes, I did.

5  Q.    What's on this demonstrative, what do we see?

14 Q.    What are we seeing on this demonstrative,

15 Dr. Pachter?

DIRECT EXAMINATION - LIOR PACHTER

1
2
3
4

5  Q.     What are we seeing on this demonstrative,
6  Dr. Pachter?

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

22  Q.     Well, Dr. Pachter, are these strands being physically
23  separated?

24
25