## CERTIFICATE OF SERVICE

I, Jeff Castellano, hereby certify that on this 3rd day of March, 2025, a copy of

**Defendant Guardant Health, Inc.'s Reply Brief in Support of Its Motion for Relief under Fed. R. Civ. P. 60(B)** was served upon the following counsel of record via electronic mail:

| | |
|---|---|
| Adam W. Poff<br>Samantha G. Wilson<br>**YOUNG, CONAWAY, STARGATT & TAYLOR LLP**<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>apoff@ycst.com<br>swilson@ycst.com | Byron L. Pickard<br>R. Wilson Powers III, Ph.D<br>Chandrika Vira<br>Matthew M. Zuziak<br>Anna G. Phillips<br>Tyler J. Dutton<br>Alexander V. Alfano<br>Brady P. Gleason<br>David H. Holman<br>Louis Panzica, Jr.<br>Christopher M. Gallo, Ph.D<br>William H. Milliken<br>**STERNE, KESSLER, GOLDSTEIN & FOX, P.L.L.C.**<br>1101 K Street, NW<br>10th Floor<br>Washington, DC 20005<br>(202) 371-2600<br>bpickard@sternekessler.com<br>tpowers@sternekessler.com<br>cvira@sternekessler.com<br>aphillips@sternekessler.com<br>tdutton@sternekessler.com<br>aalfano@sternekessler.com<br>bgleason@sternekessler.com<br>dholman@sternekessler.com<br>lpanzica@sternekessler.com<br>cgallo@sternekessler.com<br>wmilliken@sternekessler.com |

                                                */s/ Jeff Castellano*
                                                Jeff Castellano (DE Bar No. 4837)